# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JOCELYN T. BROWN, | : | Case No. 13-2-9484-LSS |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | : | |

## NOTICE OF DEPOSIT INTO COURT REGISTRY

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $1,927.75 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
|---|---|---|
| $1,927.75 | Jocelyn T. Brown<br>4402<br>N/A | 19400 Croom Road<br>Brandywine, MD  20613 |

Respectfully submitted,

June 27, 2017

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
(410)290-9120